## 1962. ANDREWS *v.* McGEE.

POWELL, J. Under the evidence appearing in the record, the case was one
for solution by the jury; and the court erred in directing a verdict.
*Judgment reversed.*

Complaint, from city court of McRae—Judge McRae. May 22,
1909.

Submitted July 19,—Decided October 5, 1909.

*Graham & Graham,* for plaintiff in error.

*W. A. Wooten,* contra.